Tina HILL (Deceased), Appellant,

v.

**RYDER SERVICES CORPORATION,**
Respondent.

No. WD 48902.

Missouri Court of Appeals,
Western District.

Aug. 30, 1994.

Leland F. Dempsey, Kansas City, for appellant.

Brian J. Fowler, Kansas City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Tina Hill's dependent children appeal a decision of the Labor and Industrial Relations Commission denying their derivative claim for workers' compensation benefits.

The decision is affirmed.   Rule 84.16(b).